IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:   15-cr-00081-RBJ | Date:  March 17, 2016 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:              N/A | Probation:  Melissa Roberts |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>1.  LUIS ANTONIO TALAMANTES-ROMERO<br>**Defendant(s)** | *Wayne B. Paugh*<br><br><br><br><br>*Peter J. Menges* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    8:31 a.m.

Appearances of counsel.

Government counsel excused from the courtroom.

Exparte discussion held, the defendant wishes to go forward with Mr. Menges.

Defendant present in custody.

Discussion held on criminal history level.

Argument given on sentencing.

**ORDERED:**    [33] Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 is **GRANTED.**

[35] Mr. Luis Talamantes-Romero's Motion for a Variant Non-Guideline Sentence is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **51 months** as to Count One of the Indictment.

> Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** to act as a deterrent for illegal reentry to the United States.  Sole condition of supervised release is that the defendant is not to return illegally to the United States and a **$100.00** Special Assessment fee, to be paid immediately.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at facility in New Mexico.
.
Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:16 a.m.            Hearing concluded.          Total time:     00:45